

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Kenneth Simmons

-v-

Sally Hackney

James Hackney

case no. 16-1100

## COMPLAINT OF VIOLATIONS ADA

1. In ~~June~~ MAY 2013 Plaintiff requested a reasonable accomadation of homeowners Sally and James Hackney in that plaintiff requested obstructions removed from the public right of way that the Hackneys control.

2. James and Sally Hackney unlawfully removed sod from the public right of way in front of their home.

3. James and Sally hackney unlawfully planted a tree not approved by the tree committee on the public right of way.

4. James and Sally Hackney unlawfuly built and maintain a structure on the public right of way.

5. Sally and James Hackney exert control over the public property in front of their home.

6. Plaintiff is a qualified individual per the ADA and can not climb the structure as the Hackney can and enjoy the public space as the Hackneys can.

7. Plaintiff is a qualified individual per the ADA and can not avoid the low limbs or duck under them as the Hackney can and enjoy the public space as the Hackneys can.

8. Plaintiff has used a cane for mobility since approx. 2004.

9. in 2000 Dr. Jesse weinger put plaintiff under permant restrictions (see Simmons v UPS in the district court).

10. These restrictions have never been removed. I presently have a orthopedic surgeon specialist in back surgery.

11. My disabilities include but are not limited to arthritis in both knees,back and hip,degenerative disc disease, myalsia of the lumbar muscles,heart problems valve regurgitation, tachycardia, sinuscardia.

12. The village of Deer Creek has turned over control of the public right of way between the cement sidewalk (most consider this the sidewalk) and the street to Sally and James Hackney. They mow it and build unlawful structures (some where removed see video), plant illegal tree and the village allows this and commands the police dept enforce the Hackneys control over the public property.

## RELIEF REQUESTED

1. Find the Hackney exert control over the public property as claimed.

2. Find the Hackneys violated the ADA.

3. an injunction ordering the public property comply with the ADA.

Simmons
P.O. Box 865
Minusa, IL.
61759

**reasonable accomadation**  Tuesday, May 14, 2013 1:05 PM

From: "us" <kenlisa1@yahoo.com>

To: "dcreek@mchsi.com" <dcreek@mchsi.com>

Per the ADA, I am a qualified individual, I request that the Village provide me a reasonable accomodation that would allow me as other village residents do, to exercise and enjoy the outdoors by taking a walk on the sidewalks funded by taxpayer monies instead of having to walk on the streets or other places with uneven and unsecure surfaces, rocks turn under my cane, so I am requesting you enforce the laws regarding obstructing and/or parking on sidewalks. Debris litters the sidewalk at second and logan. it is near impassable. If no changes are seen in the next thirty days I will ask a court to intervene. the federal courts have reviewed my disability, and US Magistrate Judge Gorman ruled that my medical records indicated I have a disability, See Simmons v UPS second motion to dismiss DENIED. I look forward to being able to exercise by walking as others do.

# Midwest Orthopaedic Center

April 28, 2000

Dr. Kim
Methodist Hospital
221 N.E. Glen Oak Ave.
Peoria, IL 61636

RE: Kenneth Simmons

Dear Dr. Kim:

Thank you for referring Mr. Simmons to the office. As you know Mr. Simmons is a 36 year old dock worker at UPS who has had two back injuries starting in January and another one in April. He's had persistent back pain. He's been able to work. He's been working with significant discomfort and has been taking Vicoden and Skelaxin in order to be able to tolerate his job. He has mainly back pain worse with flexion or lifting, straining or activity. He doesn't really have any radicular pain.

His examination in the office is detailed in my back evaluation sheet. It showed mild limitation of straight leg raising on the right, but otherwise no specific neurologic findings. His MRI however is quite interesting in that it shows mild early degeneration of L3-4 and moderately severe degeneration of L4-5 and L5-S1. There is also a small bulging defect at L4-5 asymmetric to the right with a possible annular tear at that level as well.

It is my impression that the patient has acute and chronic lumbosacral strain related to injury occurring at work. This may have resulted in some injury to the L4-5 and L5-S1 disc accounting for the symptoms as documented by his MRI.

At this point I would suggest that we take him off of work. I will stop the Vicoden and Skelaxin since he's starting to get GI upset and will place him on Darvocet. I will start him in out-patient spinal rehab program with modalities as needed and also have him go through the back school. I will see him in follow-up in three to four weeks to see how he's doing. If he fails to progress with this program and demonstrates definite exercise intolerance, further work-up with discography at the three lower lumbar levels may be indicated.

Thank you for referring this patient to the office. If there are any questions, please let me know.

Best Regards,

Jesse M. Weinger, M.D.

JMW:df
Enclosure
CC: Dr. Matthew Rossi

Jeffrey W. Akeson, M.D.
Pediatrics & Adult
Orthopaedic Surgery

David E. Conner, M.D.
Hand and Upper Extremity
Orthopaedic Surgery

Michael J. Gibbons, M.D.
Sports Medicine, Arthroscopic
Orthopaedic Surgery

Jerome P. Kraft, M.D.
Total Joint Reconstruction
Orthopaedic Surgery

Michael S. Merkley, M.D.
Sports Medicine, Arthroscopic
Orthopaedic Surgery

Norman P. Meyn, D.P.M., M.D., Ph.D.
Foot & Ankle
Orthopaedic Surgery

Timothy J. Morgan, M.D.
Orthopaedic Surgery

Thomas J. Mulvey, M.D.
Total Joint Reconstruction
Orthopaedic Surgery

Edward A. Smith, M.D.
Orthopaedic Surgery

Jeffrey F. Traina, M.D.
Adult Reconstruction
Orthopaedic Surgery

Jesse M. Weinger, M.D.
Rehabilitation &
Surgery of the Spine
Orthopaedic Surgery

Marc A. Zussman, M.D.
Traumatology & Fracture Care
Orthopaedic Surgery

METHODIST ATRIUM
900 MAIN ST
SUITE 660
PEORIA IL 61602
309 673 4335
309 672 4206 FAX

KNOXVILLE CENTER
2805 N KNOXVILLE AVE
PEORIA IL 61604
309 682 6649
309 682 5082 FAX

PROCTOR PROFESSIONAL
5401 N KNOXVILLE AVE
SUITE 44
PEORIA IL 61614
309 691 7914
309 691 1400 FAX

Print This Page   |   Close This Window

Name: Kenneth W Simmons | DOB: 9/7/1963 | MRN: 941-99649 | PCP: Jay Harms, MD

# Health Summary

## Current Health Issues

| Health Issue | Date Noted |
|---|---|
| Chronic back pain | 05/22/2015 |
| Arthritis | 06/19/2015 |
| Degeneration of lumbar or lumbosacral intervertebral disc | 01/19/2016 |
| Joint disorder | 01/19/2016 |
| Low back pain | 01/19/2016 |
| Muscle inflammation | 01/19/2016 |

## Medications

**Note:** The medication list is for informational purposes only and may not reflect your current medication list following your latest hospital or clinic visit. If you have questions or concerns please contact your pharmacy or health care team directly. For medical emergencies, call 911.

---

**tiZANidine 4 MG tablet**
**Commonly known as: ZANAFLEX**
Instructions: Take 1 tablet by mouth nightly.
Approved by Tracy L Schierer, NP
on 2/12/2016
Quantity: 30 tablets

---

**carvedilol 6.25 MG tablet**
**Commonly known as: COREG**
Instructions: Take 1 tablet by mouth 2 (two) times daily.
Approved by Lionel J Malebranche, MD
on 1/18/2016
Quantity: 60 tablets

Request a refill

## Allergies

| Allergen | Reaction |
| --- | --- |
| Tramadol | Seizures |

## Immunizations

**You have no immunizations on file.**

MyUnityPoint is powered by MyChart® licensed from Epic Systems Corporation, © 1999 - 2013.

Simmons
Borples
Mahomet IL
61753

CHAMPAIGN IL 618
30 MAR 2016 PM 3 L

Clerk
U.S. Courthouse
100 N.E. Monroe
Peoria, IL. 61602